**DIALITE DIAL COMPANY et al. v. SOUTHWESTERN BELL TELEPHONE COMPANY.**

No. 4462.

United States Court of Appeals
Tenth Circuit.

June 11, 1952.

Eugene J. Wilson, Houston, Tex., and Dudley, Duvall & Dudley, Oklahoma City, Okl., for appellants.

Cantrell, Carey and McCloud, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 11, 1952, pursuant to stipulation. D.C., 102 F.Supp. 872.

---

**H. C. JONES, Collector of Internal Revenue, v. Emily C. POTTER.**

No. 4377.

United States Court of Appeals
Tenth Circuit.

May 28, 1952.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., and Robert E. Shelton, U. S. Atty., Oklahoma City, Okl., for appellant.

McClelland, Kneeland, Bailey and McClelland, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and RITTER, District Judge.

PER CURIAM.

Reversed and remanded May 28, 1952, per stipulation, on authority of case No. 4376, H. C. Jones, Collector of Internal Revenue, v. Florence C. Whittington.